UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 17-018520
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC

**Order Filed on December 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

VICTOR SOTO AND OLIVIA SOTO, DEBTORS

CASE NO.: 16-11714-KCF

HEARING DATE: NOVEMBER 14, 2018

JUDGE: HONORABLE KATHRYN C. FERGUSON

## ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 26, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Nationstar Mortgage LLC , hereinafter "Secured Creditor," upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtors to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtors and the attorney for the Debtors, if any, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. As of the date of filing the underlying Motion to Vacate Stay (ECF Doc.: 43), Debtors were delinquent in a post-petition payment obligation to Secured Creditor.

2. As of the date of entry of this Order, Debtors have become current through October 1, 2018 with post-petition payments to Secured Creditor.

3. Starting November 1, 2018, Debtors agree to maintain all contractually due payments, which currently amount to $2,030.34.

4. Debtors shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through the remaining Chapter 13 Plan. The Chapter 13 Standing Trustee shall amend his records to reflect same.

5. If the Debtors fail to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtors' failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtors' Counsel and the Debtors as required by the local bankruptcy rules.

United States Bankruptcy Court
District of New Jersey

In re:  
Victor Soto  
Olivia Soto  
    Debtors

Case No. 16-11714-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 26, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.  
db/jdb        +Victor Soto,    Olivia Soto,    11 Fernwood Place,    Old Bridge, NJ 08857-2625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:

          Albert   Russo     docs@russotrustee.com  
          Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Andrew M. Lubin     on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,  
           alubin@milsteadlaw.com  
          Charles G. Wohlrab     on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,  
           njbankruptcynotifications@logs.com  
          Charles G. Wohlrab     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
           cwohlrab@logs.com,    njbankruptcynotifications@logs.com  
          Charles G. Wohlrab     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
           cwohlrab@logs.com,    njbankruptcynotifications@logs.com  
          Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
          Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation  
           kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com  
          Kevin M. Buttery     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
           bkyefile@rasflaw.com  
          Laura M. Egerman     on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper  
           bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com  
          Russell L. Low     on behalf of Debtor Victor   Soto rbear611@aol.com,  
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
          Russell L. Low     on behalf of Joint Debtor Olivia   Soto rbear611@aol.com,  
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
                                                                                                     TOTAL: 13