Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 16–11714–MBK
    Chapter: 13
    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Victor Soto | Olivia Soto |
| 11 Fernwood Place | 11 Fernwood Place |
| Old Bridge, NJ 08857 | Old Bridge, NJ 08857 |

Social Security No.:
  xxx–xx–8181                                               xxx–xx–1033

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/1/19 at 09:00 AM

to consider and act upon the following:

*48* – Creditor's Certification of Default (related document:45 Order on Motion For Relief From Stay) filed by Charles G. Wohlrab on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER. Objection deadline is 09/9/2019. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Wohlrab, Charles)

Dated: 9/10/19

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court